

No. 12–0099/AR. U.S. v. Matthew J. McClain. CCA 20090446. Appellant's motion to extend time to file a brief granted, **up to and including January 27, 2012, and absent extraordinary circumstances, no further extension of time will be granted in this case.**

No. 12–0123/AR. U.S. v. Andre K. Hardaway, III. CCA 20100139. Appellee's motion to file a ten day letter out of time is denied.

No. 12–5001/AF. U.S. v. Daniel J. Datavs. CCA 37537. Appellant's motion to extend time for the Judge Advocate General to file a certificate for review is granted to February 10, 2012.

No. 12–8010/AR. U.S. v. Calvin J. Davenport. CCA 20081102. On consideration of petitioner's motion to file corrected copies of the petition for extraordinary relief and motion to stay the proceedings, it is ordered that said motion to file the corrected copies is hereby granted.

No. 12–0125/AR. U.S. v. Robert A. Lyon. CCA 20090792. Review granted on the following issue:

WHETHER AN ARTICLE 134 CLAUSE 1 OR 2 SPECIFICATION THAT FAILS TO EXPRESSLY ALLEGE EITHER POTENTIAL TERMINAL

ELEMENT STATES AN OFFENSE UNDER THE SUPREME COURT'S HOLDINGS IN *UNITED STATES v. RESENDIZ-PONCE* AND *RUS-SELL v. UNITED STATES*, AND THIS COURT'S OPINION IN *UNITED STATES v. FOSLER*, 70 M.J. 225 (C.A.A.F. 2011).

The decision of the United States Army Court of Criminal Appeals is vacated. The record of trial is returned to the Judge Advocate General of the Army for remand to that court for consideration of the granted issue in light of *United States v. Fosler*, 70 M.J. 225 (C.A.A.F. 2011). [See also ORDERS GRANTING PETITION FOR REVIEW this date.]

BAKER, Chief Judge (dissenting): I dissent for the reasons stated in my dissenting opinion in *Fosler*. *United States v. Fosler*, 70 M.J. 225, 240-47 (C.A.A.F. 2011).

No. 12–0164/AR. U.S. v. Jason S. Chamberlain. CCA 20100775. Review granted on the following issue:

WHETHER AN ARTICLE 134 CLAUSE 1 OR 2 SPECIFICATION THAT FAILS TO EXPRESSLY ALLEGE EITHER POTENTIAL TERMINAL ELEMENT STATES AN OFFENSE UNDER THE SUPREME COURT'S HOLDINGS IN *UNITED STATES v. RESENDIZ-PONCE* AND *RUS-SELL v. UNITED STATES*, AND THIS COURT'S OPINION IN *UNITED STATES v. FOSLER*, 70 M.J. 225 (C.A.A.F. 2011).

Briefs will be filed under Rule 25.

No. 12–0182/AR. U.S. v. Nathaniel D. Bozman. CCA 20110077. Review granted on the following issue:

WHETHER AN ARTICLE 134 CLAUSE 1 OR 2 SPECIFICATION THAT FAILS TO EXPRESSLY ALLEGE EITHER POTENTIAL TERMINAL ELEMENT STATES AN OFFENSE UNDER THE SUPREME COURT'S HOLDINGS IN *UNITED STATES v. RESENDIZ-PONCE* AND *RUS-SELL v. UNITED STATES*, AND THIS COURT'S OPINION IN *UNITED STATES v. FOSLER*, 70 M.J. 225 (C.A.A.F. 2011).

Briefs will be filed under Rule 25.